AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jecson Aron Alejandro (2002/USA)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   7:21-mj-2660<br>)<br>)<br>)<br>) |

United States Courts
Southern District of Texas
FILED

*December 21, 2021*

## CRIMINAL COMPLAINT

Nathan Ochsner, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 21, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 20.50 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |
| 21 USC § 963 | Conspiracy to Illegally Import a Controlled Substance / Approximately 20.50 Kilograms of Methamphetamine, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez Jr.

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date:   12/21/2021 @ 6:24 p.m.

*Judge's signature*

City and state:   McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

**Attachment "A"**

I, Nicholas C. Stott, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On December 21, 2021, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations (OFO) at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Jecson Aron Alejandro (hereinafter ALEJANDRO), a citizen of the United States, the driver and sole occupant of the vehicle, while attempting to enter the U.S. from Mexico with approximately 20.50 kilograms (kg) of methamphetamine concealed within the floor of the vehicle.

2. During primary inbound inspection, CBP Officers (CBPOs) obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00. from ALEJANDRO. CBPOs referred ALEJANDRO and the vehicle to secondary inspection for an intensive examination.

3. The vehicle was scanned with an X-ray and anomalies were observed in the floor of the vehicle. A CBP K-9 drug detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle.

4. A physical search of the vehicle was conducted, and six cellophane wrapped and vacuum sealed packages, weighing approximately 20.50 kilograms, were discovered concealed within an aftermarket constructed concealed compartment in the floor of the vehicle. CBPOs field tested the substance inside the packages which was presumptive positive for the properties and characteristics of methamphetamine.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Hidalgo POE to assist in the investigation. The HSI SAs interviewed ALEJANDRO who stated he was hired by an unknown person to transport drugs from Mexico into the United States.